Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
William C. Wright (WW 2213)
bwright@ipcounselors.com
Spencer Wolgang (SW 2389)
swolgang@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:     (212) 873-0250
Facsimile:      (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br>*Plaintiff*<br><br>v.<br><br>A445995685, ANKOU, ARIESEE, BAINAOHUI621@163.COM, BAOWENBEI, BEAUTIFUL AREA, BEIBEIKEJIYOUXIANGONGSI, BILLY CRYSTAL SHOP, BIN-Z, BLUEREDFASHION, BONNIE_HE, BRILLIANCE CO., LTD., BUDGET STORE, CACO, CAOZHI, CAVS, CHACHASHOP2, CHENG'S BROTHER, CSHUI, DJMRZHANG, DREAM-XIE, DUANFANFAN, DUODUOSHOES, DUYINGFEN, EASY BUY_69, EDIT, FASHION HOUSE CO., LTD., FASHION1900, FATEGRANDNESS, FEIFANMAOYI, FEIHONG TECHNOLOGY CO., LTD, FELLINGPU, FLASH TOP, FLORENCEFASHION, FUJIAN XINCHENG CORPORATION, FUJIANANXICOLTD, FUXIAOSEN, GAGALADY_LI, GAGAR, GAME DEVIL, GAO | **18-cv-2099 (LGS)** |

GAO SHOPPING, GAOFEN8730, GAZEBO, GOGOGOSHOPIT, GOWNS, GRACE_K, GREAT WELL-OFF TRADE CO, LTD, HAPPYTIMEYA, HEIDAO, HELLO1, HENENG, HEXIAOLI, HIGH LANDS, HOOK, HOTOP, HUANGLIANGFENG, HUKIO INTERNATIONAL, HUQIU AISHANG WEDDING DRESSES & EVENING DRESSES STORE, I DRESS MY PANTS, IT'S UNBELIEVABLE, JHEER, JOYWEDDING2016, JUMN, KELVIN'S DREAM, KIKIT, KINDLY SMILE, KUNGE CO,LTD, LAST ORDER, LASTED, LCON, LI LI LOVE SHOP, LIANXIN, LIJUN_WU, LINGFASHION, LISA'S CROCHET, LIUGANGHUI, LOVE OF GOD, LOVE OF LOVER, LOVELH, LUCKY CHAMPION, LUCKY PAN, LUINGTING, LUQILIN5922, LXPWUQ, M.KILING, MAN'S WORLD, MARVELLOUS WORLD, MEANS ZORE, MEETGT, MEILIYIJIA, MING_CLOTHING, MIYAVI, MORDERN LIFE INTERNATIONAL, MOSKUSHAMN, NEW SKY NEW LIFE, OFF WHITE NEW SHOP, OHEIYOUFASHION, ONSALESTORE886, PANGXIANSENCHAOPAIDAMANANZHUANGDIAN, PEACEFUL LIFE, PERSONALIZED CLOTHING, POLY FAMOUS TRADING CO LTD, PROFESSIONAL, QIUMIN_FASHION, QIUXIULING, QIXIAORAN28, QQ_200815@163.COM, QUARTERBACK, RUILY, SANMATIN, SERENA ANGELCITY, SHENJINQI, SHENZHENOUAILICOLTD, SHISHANGPINPAI, SHOP8, SHOPPER'S PARADISE, SIX DAYS, SPRING WIND, SRUER COSTUME, SU_FASHION, SUMAIL BUSINESS GROP, SUMMER TIME GONE, SUNNY SEE, SUNXIAOULI, SWEET-WIND, THE MEN'S WORLD, THE OLNY, TIMOTHY5566, TOP-ANNY, TRAVELERS, TRENDY_WORLD, VINTAGE COLLECTIONS, WANG STORE ONE, WEBBER123, WEYMOUTH, WHITE OFF SHOP, WONDERLIST, WUHANXINGDAHENGJIASHANGMAOYOUXIANGONGSI, WY STORE, XIAODIANPUYOUNI, XPRESS SHARE, XSHIN, XUNLONGS, YA TOU HE, YABAR, YAOJUNMAOMALL, YEONLY YOU, YIJIANHUI, YIWU E-COMMERCE LIMITED, YUHUIYU654, YUNYUNSHOP, YUSANX, YUXIAOLI, ZBY0913, ZERO ZONE, ZHAOJIQUAN, ZHEJIANGAIZESIMAOYIYOUXIANGONGSI, ZHIMATANG, ZHOUJIEYUE0909, ZHUANSHUZHIYI, AND ZUOZUIMEIZIJI, *Defendants*

**CERTIFICATE OF SERVICE**

I, Spencer Wolgang, hereby certify as follows:

1. I am over eighteen (18) years of age and not a party to this action. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2. I am an associate attorney with the law firm Epstein Drangel LLP, a limited liability partnership located at 60 East 42nd Street, Suite 2520, New York, New York 10165. I am duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York.

3. I am an attorney for Off-White, LLC ("Off-White" or "Plaintiff") in the above-captioned case.

4. On March 8, 2018, Plaintiff filed this action and moved *ex parte* against Defendants a445995685, ankou, Ariesee, bainaohui621@163.com, baowenbei, Beautiful Area, beibeikejiyouxiangongsi, billy crystal shop, Bin-Z, blueredfashion, bonnie_he, Brilliance Co., Ltd., Budget store, Caco, caozhi, CAVS, chachashop2, cheng's brother, cshui, DJMrZhang, Dream-Xie, duanfanfan, duoduoshoes, duyingfen, Easy Buy_69, Edit, Fashion House Co., Ltd., fashion1900, fategrandness, feifanmaoyi, Feihong Technology Co., Ltd, fellingpu, Flash Top, florencefashion, Fujian xincheng corporation, fujiananxicoltd, FuXiaoSen, gagalady_li, Gagar, Game Devil, gao gao shopping, gaofen8730, gazebo, gogogoshopit, GOWNS, Grace_K, Great Well-off Trade Co, LTD, happytimeya, Heidao, hello1, Heneng, HeXiaoLi, high lands, hook, Hotop, huangliangfeng, hukio international, Huqiu Aishang Wedding Dresses & Evening Dresses Store, I dress my pants, It's unbelievable, JHEER, joywedding2016,

jumn, Kelvin's Dream, KIKIT, Kindly Smile, KUNGE Co,ltd, last order, Lasted, lCON, Li Li love shop, lianxin, lijun_wu, LingFashion, Lisa's Crochet, liuganghui, Love of God, Love of Lover, LoveLH, Lucky champion, Lucky pan, luingting, luqilin5922, lxpwuq, m.kiling, man's world, Marvellous World, means zore, MeetGT, meiliyijia, ming_clothing, miyavi, Mordern life international, moskushamn, New Sky New Life, off white new shop, oheiyoufashion, onsalestore886, pangxiansenchaopaidamananzhuangdian, peaceful life, Personalized Clothing, Poly Famous Trading Co Ltd, Professional, qiumin_fashion, qiuxiuling, qixiaoran28, qq_200815@163.com, Quarterback, ruily, sanmatin, serena angelcity, shenjinqi, shenzhenouailicoltd, shishangpinpai, shop8, Shopper's Paradise, Six days, spring wind, SRUER Costume, su_fashion, SUMAIL BUSINESS GROP, summer time gone, Sunny See, sunxiaOULI, sweet-wind, the men's world, the olny, Timothy5566, top-anny, Travelers, trendy_world, vintage collections, wang store one, webber123, Weymouth, white off shop, wonderlist, wuhanxingdahengjiashangmaoyouxiangongsi, WY Store, xiaodianpuyouni, Xpress Share, XSHIN, xunlongs, Ya Tou He, YaBar, yaojunmaomall, yeonly you, yijianhui, Yiwu e-commerce Limited, yuhuiyu654, YunYunShop, yusanx, yuxiaoli, ZBY0913, Zero Zone, zhaojiquan, zhejiangaizesimaoyiyouxiangongsi, zhimatang, zhoujieyue0909, zhuanshuzhiyi, and zuozuimeiziji (hereinafter collectively referred to as "Defendants") for: 1) a temporary restraining order; 2) an order restraining assets and Merchant Storefronts; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing alternative service by electronic means; and 5) an order authorizing expedited discovery (the "Application").

5. The Court issued a summons in the name of "a445995685 and all other Defendants

identified in the Complaint" that applies to all Defendants ("Summons").

6. On March 8, 2018, the Court entered an Order granting Plaintiff's Application (the "March 8, 2018 Order").

7. In the March 8, 2018 Order, the Court granted Plaintiff's request for an order authorizing alternative service by electronic means, specifically ordering that service shall be made on Defendants and deemed effective as to all Defendants if it is completed by the following means: 1) (i) delivery of PDF copies of the March 8, 2018 Order together with the Summons and Complaint or (ii) a link to a secure website (such as Dropbox.com, NutStore.com, a large mail link created through RPost.com or via website publication through a specific page dedicated to this Lawsuit accessible through ipcounselorslawsuit.com) where each Defendant will be able to download PDF copies of the March 8, 2018 Order together with the Summons and Complaint, and all papers filed in support of Plaintiff's Application seeking the March 8, 2018 Order to Defendants' e-mail addresses, as identified in Schedule A to the March 8, 2018 Order or may otherwise be determined after having been identified by Wish pursuant to Paragraph III (B) of the March 8, 2018 Order.

8. On March 14, 2018, pursuant to the March 8, 2018 Order, Plaintiff sent copies of the March 8, 2018 Order together with the Summons and the Complaint by email using RPost's registered email system to all Defendants.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated:  April 4, 2018                    By:     /s/ Spencer Wolgang_____

|  |  |
|---|---|
| New York, New York | Spencer Wolgang (SW 2389) |
|  | swolgang@ipcounselors.com |
|  | EPSTEIN DRANGEL LLP |
|  | 60 East 42nd Street, Suite 2520 |
|  | New York, NY 10165 |
|  | Telephone:  (212) 292-5390 |
|  | Facsimile:   (212) 292-5391 |
|  | *Attorneys for Plaintiff* |
|  | *Off-White, LLC* |